or judgment entered in a criminal action (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELLIS EILAND, Appellant, v THOMAS POOLE, as Superintendent of Five Points Correctional Facility, Respondent.

Submitted February 6, 2006; decided February 16, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies to the Court of Appeals from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELLIS EILAND, Appellant, v THOMAS POOLE, as Superintendent of Five Points Correctional Facility, Respondent.

Submitted February 6, 2006; decided February 16, 2006

Appeal dismissed, without costs, by the Court of Appeals sua sponte, upon the ground that no appeal lies to the Court of Appeals from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

In the Matter of MAC TRUONG, a Disbarred Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted February 14, 2006; decided February 16, 2006

Appeal, insofar as taken from the Appellate Division order of disbarment, dismissed, without costs, by the Court of Appeals, sua sponte, as untimely (*see* CPLR 5513 [a]); appeal, insofar as taken from the Appellate Division order denying the motion to vacate, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.